IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LEE ANDERSON WRIGHT, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:23-cv-04358-LMM-CMS |
| DEPUTY WARDEN COURTNEY | : | |
| MCDAY, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

### ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation, Dkt. No. [20]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [20], as its opinion: Defendant Rhonda Billings's motion to dismiss, Dkt. No. [14], is **GRANTED**, and the claims asserted against Billings are **DISMISSED WITHOUT PREJUDICE** under Rule 4(m) of the Federal Rules of Civil Procedure. This matter shall remain referred to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 17th day of March, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**